# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

April 30, 2021

Lyle W. Cayce
Clerk

No. 20-30550

Immaculata N Anyanwu,

*Plaintiff—Appellant*,

*versus*

State of Louisiana, Through its Department of Health and Hospitals Office of Behavioral Health,

*Defendant—Appellee*.

---

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:18-CV-778

---

Before Haynes, Graves, and Willett, *Circuit Judges*.

Per Curiam:*

The court has reviewed the briefs, district court opinion, and pertinent portions of the record. Having done so, we find no reversible error of fact or law. The judgment is AFFIRMED. *See* 5th Cir. R. 47.6.

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.